**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT,<br><br>                    Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, *et al*.<br><br>                    Defendants. | Case No. 3:13cv00025<br><br>**Electronically Filed** |

## MOTION FOR ADMISSION OF ATTORNEY
## M. LAUGHLIN McDONALD *PRO HAC VICE*

Attorney William E. Sharp, a member of the bar of this Court, hereby moves for admission *pro hac vice* of attorney M. Laughlin McDonald as co-counsel for Plaintiffs in the above referenced case. The Affidavit of Mr. McDonald is attached in support of this motion.

Respectfully Submitted,

s/ William Sharp
William E. Sharp
ACLU OF KENTUCKY
315 Guthrie Street
Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

Ben Carter
BEN CARTER LAW PLLC
455 South Fourth Street, Suite 902
Louisville, KY  40202
(502) 509-3231
ben@bencarterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I electronically filed this document with the clerk of the court by using the CM/ECF system. I further certify that a true and accurate copy of the foregoing was sent on May 10, 2013 via U.S. Mail postage pre-paid to the following:

Maryellen Allen, Exec. Director
David Cross, Board Member
John W. Hampton, Board Member
Stephen Huffman, Board Member
Denise May, Board Member
George Russell, Board Member
Roy Sizemore, Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

Jack Conway, Attorney General
Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Allison L. Grimes, Secretary of State
Office of the Secretary of State
700 Capitol Avenue
Suite 152
Frankfort, KY 40601

/s William E. Sharp
William E. Sharp
Staff Attorney
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, Kentucky 40202
(502) 581-9746
sharp@aclu-ky.org