AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ky. State Board of Elections
c/o Maryellen Allen, Executive Director
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*    cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ky. State Bd. of Elections, c/o Maryellen Allen, Exec. Dir.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT <br><br> *Plaintiff(s)* <br> v. <br> KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN <br> *Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ky. State Board of Elections
c/o Jack Conway, Attorney General
Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*  cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ky. State Bd. of Elections, c/o Jack Conway, Atty. General
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Allison L. Grimes, in her official capacity as Secretary of State
Office of the Secretary of State
700 Capitol Avenue
Suite 152
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Sharp           Ben Carter                       Laughlin McDonald
ACLU of Kentucky           Ben Carter Law                   ACLU Voting Rights Project
315 Guthrie St.            455 South Fourth St.             230 Peachtree St., NW
Suite 300                  Suite 902                        Atlanta, GA 30303
Louisville, KY 40202       Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*    cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Allison L. Grimes, in her official capacity as Secy. of State
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
                                                                              on *(date)*            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                         , a person of suitable age and discretion who resides there,
on *(date)*            , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                              on *(date)*            ; or

☐ I returned the summons unexecuted because                                              ; or

☑ Other *(specify):* CERTIFIED MAIL

My fees are $           for travel and $           for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:

                                               *Server's signature*

                                               William E. Sharp, Staff Attorney
                                               *Printed name and title*

                                               ACLU of Kentucky
                                               315 Guthrie St., Suite 300
                                               Louisville, KY 40202
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br><br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:13-cv-25 GFVT<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   David Cross, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*      cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Cross, in his official capacity as Bd. Member, KSBE was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* John W. Hampton, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*        cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Hampton, in his official capacity as Bd. Member, KSBE
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br><br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephen Huffman, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*   cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stephen Huffman, in his official capacity as Bd. Mem., KSBE
was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Denise May, in her official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Robert R. Carr, Clerk**

Date: 5/10/2013

*Signature of Clerk or Deputy Clerk*    cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Denise May, in her official capacity as Bd. Member, KSBE
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Russell, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

Robert R. Carr, Clerk
*Signature of Clerk or Deputy Clerk*    cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Russell, in his official capacity as Bd. Mem., KSBE
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT <br><br> *Plaintiff(s)* <br> v. <br> KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN <br><br> *Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roy Sizemore, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*   cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Roy Sizemore, in his official capacity as Bd. Mem., KSBE
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maryellen Allen, in her official capacity as Executive Dir.
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/2013

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*   cbd

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maryellen Allen, in her official capacity as Exec. Dir., KSBE
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc: