UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MARTIN HERBERT, et al., | ) | |
| Plaintiffs, | ) | Civil No.: 13-25-GFVT |
| V. | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Clerk of Court is hereby **ORDERED** to file in the record a copy of the notification sent by this Court to the Chief Judge of the Sixth Circuit Court of Appeals that the Plaintiffs in this matter have requested a three judge panel pursuant to 28 U.S.C § 2284(b)(1).

This 15th day of May, 2013.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge