AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br>v.<br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br>*Defendant(s)* | Civil Action No. 3:13-cv-25 GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maryellen Allen, in her official capacity as Executive Dir.
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Robert R. Carr, Clerk
*Signature of Clerk or Deputy Clerk*   cbd

Date: 5/10/2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maryellen Allen, in her official capacity as Exec. Dir., KSBE

was received by me on *(date)* 5-10-13 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-10-13

*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:



UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William E. Sharp
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202