UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION – CIVIL

| | |
|---|---|
| MARTIN HERBERT, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| KENTUCKY STATE BOARD OF ) | Civil Action No. 3:13-cv-25-GFVT |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' MOTION TO CONSOLIDATE

Come Defendants (collectively, the "State Board"), by counsel, and hereby respectfully move this Court to consolidate this action with *Brown v. Commonwealth*, 2:13-cv-068-WOB, pending in the Covington Division of this Court. The grounds for the State Board's Motion are set forth in the accompanying Memorandum.

        Respectfully Submitted,

        /s/ Lynn Sowards Zellen
        Lynn Sowards Zellen
        Noel E. Caldwell
        Office of the Secretary of State
        700 Capital Ave., Ste. 152
        Frankfort, KY 40601
        (502) 782-7407
        lynn.zellen@ky.gov
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed this 18th day of June, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

                                           /s/ Lynn Sowards Zellen
                                           Lynn Sowards Zellen