Eastern District of Kentucky
**FILED**
JUN 20 2013
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MARTIN HERBERT, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 13-cv-25 |
| ) | DJB-GFVT-WOB |
| V. ) | |
| ) | |
| KENTUCKY STATE BOARD OF ) | |
| ELECTIONS, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

The Motion for *Pro Hac Vice* Admission of M. Laughlin McDonald [R. 2] in the above-styled action is before the Court for consideration. The movant has tendered the required filing fee. The time for filing a response or objection has passed, and none has been filed with the Court. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Motion for *Pro Hac Vice* Admission of M. Laughlin McDonald [R. 2] is **GRANTED**; and

2. M. Laughlin McDonald is admitted *pro hac vice* as counsel for the Plaintiffs in the above-styled action.

This 20th day of June, 2013.

BY THE COURT:

_____
Gregory F. Van Tatenhove
U.S. District Judge