UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-68 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY LEGISLATIVE RESEARCH COMMISSION, et al. | ) ) ) | |
| Defendants. | ) ) | |
| ———————————————— | ) ) | |
| MARTIN HERBERT, et al. | ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-25 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al. | ) ) ) ) | **PERMANENT INJUNCTION** |
| Defendants. | ) ) | |
| ———————————————— | ) | |

*** *** *** ***

Before: BOGGS, *Circuit Judge*, VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

Pursuant to the Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Defendants **Kentucky Legislative Research Commission; the Kentucky State Board of Elections; Allison Lundergan Grimes**, in her official capacities as Secretary

of State & Chair of the Kentucky State Board of Elections; **David Cross**, in his official capacity as Board Member of the Kentucky State Board of Elections; **John W. Hampton**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Stephen Huffman**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Denise May**, in her official capacity as Board Member of the Kentucky State Board of Elections; **George Russell**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Maryellen Allen**, in her official capacity as Board Member of the Kentucky State Board of Elections; **Roy Sizemore**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Steve Beshear**, in his official capacity as Governor of the Commonwealth of Kentucky; **Greg Stumbo**, in his official capacity as Speaker of the Kentucky House of Representatives;  and **Robert Stivers**, in his official capacity as President of the Kentucky Senate; their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from administering further elections pursuant to the 2002 state legislative electoral districts (KRS §§ 5.010-5.300 (2002)); and

(2)  The Court hereby retains jurisdiction to enforce this injunction.[1]

This 31st day of October, 2013.

---

[1] When a court issues an injunction, it automatically retains jurisdiction to enforce it.  See *Lorillard Tobacco Co. v. Chester, Willcox & Saxbe*, 589 F.3d 835, 844 (6th Cir. 2009) (citations omitted).